# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CESAR TOVAR,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NCO FINANCIAL SYSTEMS, INC.,** )<br>)<br>**Defendant.** ) | **8:11CV202**<br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge on July 21, 2011, by Pamela A. Car, counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before August 8, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The deadline to file a planning report pursuant to Rule 26(f) is cancelled upon the representation that this case is settled.

DATED this 21st day of July, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge