IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CESAR TOVAR | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:11-cv-202 |
| vs. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | (case settled) |

COMES NOW, the Plaintiff, by and through his attorney, Pamela A. Car, and Defendant, by and through its attorney Robert L. Bals, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii) hereby agree and stipulate that this matter has been settled and the Complaint shall be dismissed with prejudice. Except to any extent otherwise agreed in the parties' confidential settlement agreement, each party is to pay its own fees and costs.

Dated:July 31, 2011

                                            Cesar Tovar, Plaintiff,

                                   by: s/ Pamela A.Car
                                            Pamela A. Car #18770
                                            Car & Reinbrecht, P.C., L.L.O.
                                            8720 Frederick St. # 105
                                            Omaha, NE 68124
                                            (402) 391-8484 phone
                                            (402) 391-1103 fax
                                            pacar@cox.net
                                            Attorney for Plaintiff

NCO FINANCIAL SYSTEMS, INC.,
Defendant,

By_____
   Robert L. Bals #15623
   Harding & Shultz, P.C., L.L.O.
   121 S. 13th Street, Suite 800
   P.O.Box 82028
   Lincoln, NE  68501
   (402) 434-3000
   (402) 434-3094
   bbals@hslegalfirm.com
   Attorney for Defendant

**Certificate of Service**

I hereby certify that on July 31, 2011 I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

   Robert L. Bals #15623
   Harding & Shultz, P.C., L.L.O.
   121 S. 13th Street, Suite 800
   P.O.Box 82028
   Lincoln, NE  68501

and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None

  By: s/ Pamela A. Car
      Pamela A. Car, #18770
      Car & Reinbrecht, P.C., L.L.O.
      8720 Frederick St. # 105
      Omaha, NE 68124
      (402) 391-8484 phone
      ( 402) 391-1103 fax
      pacar@cox.net
      Attorney for Plaintiff

2