IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CESAR TOVAR, | ) |
| | ) |
| Plaintiff, | )   Case No. 8:11-cv-202 |
| vs. | ) |
| | ) |
| NCO FINANCIAL SYSTEMS, INC. | )  **ORDER FOR DISMISSAL** |
| | )  **WITH PREJUDICE** |
| Defendant. | ) |

THIS MATTER came before the Court this 1st day of August, 2011, upon the Stipulation of the parties, pursuant to Fed.R.Civ.P. 41 that this matter has been settled and the Complaint shall be dismissed with prejudice.

AND THE COURT, being fully advised in the premises, finds that said Stipulation should be approved and orders that the case should be so dismissed with prejudice.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT this case is dismissed with prejudice pursuant to Fed.R.Civ.P. 41, with each party to pay its own fees and costs except to the extent, if any provided for in the parties' settlement agreement.

Dated:  August 1, 2011          BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge

1